ORDERED.

**Dated:  February 03, 2025**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

LISA RENEE TENNER,                                    Case No. 3:22-bk-02316-JAF
                                                      Chapter 7

           Debtor,
_____/

LISA RENEE TENNER,

           Plaintiff,
v.                                                    **Case No. 3:23-ap-00101-JAF**

UNITED STATES DEPARTMENT
OF EDUCATION,

           Defendant.
_____/

## FINAL JUDGMENT

This Proceeding came before the Court upon Plaintiff's complaint to determine dischargeability of student loan debt pursuant to 11 U.S.C. § 523(a)(8). Upon the stipulated

facts and conclusions of law—set forth in the Parties' Joint Recommendation for Partial Discharge of Student Loan Debt and Motion for Entry of Summary Judgment (Doc. 17)— adopted by Order of this Court and separately entered, it is

**ORDERED** that:

1.  Judgment is entered, in part, in favor of Plaintiff and against Defendant.

2.  Plaintiff's student loan debt—specifically Loan No. 37 in full and all remaining principal on Loan No. 36 save $45,000, plus all of the interest accruing since the disbursement date on Loan No. 36, in the total amount of $113,567.31, is hereby **DISCHARGED** under 11 U.S.C. § 727.

3.  The remaining balance of Plaintiff's student loan debt owed to Defendant— specifically the remaining principal amount of $45,000 on Loan No. 36, plus any and all ongoing interest accrual,—is excepted from Plaintiff's discharge and, therefore, is **NOT DISCHARGED.**

4.  The Parties will each bear their own costs and fees, including attorney's fees.

*Assistant United States Attorney Kelli A. Swaney is directed to serve a copy of this Final Judgment on interested parties who do not receive service by CM/ECF and file a proof service within three days of the entry of this Final Judgment.*